OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401603

$ 000.26⁵

MAY. 19. 2015

5/11/2015
SWEED, JAMES LEE AKA SWEED, JIMMY    Tr. Ct. No. 20140D02846-171-01
WR-15,251-18

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

**RETURN TO SENDER**
[] NEED BOOKING #/DOB
[X] INMATE NO LONGER HERE
[] ILLEGIBLE WRITING
[] NEED INMATE FULL NAME
[] NOT ACCEPTED-NO RETURN ADDRESS

JAMES LEE SWEED
TRAVIS CO. CORR. CEN - TDC # 1967298
3614 BILL PRICE RD.
DEL VALLE, TX 78617

REF

KCJVS3B 78617